**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

---

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **PLAINTIFF** | ) | **Criminal Action No. 4:21mj-00031-HBB** |
| v. | ) | H. BRENT BRENNENSTUHL, |
| | ) | Magistrate Judge |
| **LORI ANN VINSON** | ) | |
| | ) | |
| **DEFENDANT** | ) | |
| | ) | |

---

## ORDER

On the 23rd day of February, 2021 this action came before the undersigned, via videoconference, upon Defendant's initial appearance after execution of an arrest warrant issued by the District of District of Columbia, Case Number: 1:21mj-00247-RMM. There appeared the Defendant, Lori Ann Vinson, in custody, via video, from the Office of the Federal Bureau of Investigations, and represented by retained counsel Christopher D. Wiest. Assistant United States Attorney Madison T. Sewell was present, via video, for the United States of America. The Defendant consented to have this hearing conducted via videoconference. The proceedings were digitally recorded.

The Defendant acknowledged receipt of the Complaint and acknowledged an understanding of the charges contained therein. The Defendant was advised of her Constitutional rights including her right to be represented by counsel. The Defendant advised the Court she will be retaining Mr. Wiest in this matter. The Defendant thereby WAIVES her right to Court-appointed counsel.

The Defendant was advised of her rights with respect to Rule 5 proceedings as well as her right to request transfer of the proceedings to this District pursuant to Rule 20 of the Federal Rules of Criminal Procedure to plead guilty as to the charges. The Defendant advised the Court she waives her right to an identity hearing. The Defendant,

by counsel, waived her right to a preliminary hearing being conducted in this District but reserves her right to have the preliminary hearing conducted in the District of Columbia.

As to the matter of detention, counsel for the United States advised the Court the United States is not seeking detention in this action.  The Court having heard statements from the United States, having conferred with the United States Probation Officer and being otherwise sufficiently advised;

**IT IS ORDERED** the Defendant shall be released on a $25,000.00 unsecured Appearance Bond along with Order Setting Conditions of Release pending all further proceedings in this matter.

**IT IS ORDERED** the Defendant shall appear before United States Magistrate Judge Robin M. Meriweather at the United States District Court for the District of Columbia on **Tuesday, March 16, 2021, at 1:00 pm, EST,** via videoconference (Zoom). The Defendant agrees to waive the period of delay from March 2, 2021, to March 16, 2021, in computing the time within which the trial must commence under the Speedy Trial Act.

The arrest warrant having been returned executed;

**IT IS ORDERED** this case shall be **UNSEALED.**

ENTERED this   February 24, 2021

*H. Brent Brennenstuhl*

**H. Brent Brennenstuhl**
**United States Magistrate Judge**

Copies to:     AUSA Madison T. Sewell
               United States Probation
               US District Court, District of Columbia

0|15